UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA | ) | CAUSE NO. 2:15 CR 19 |
| vs. | ) | |
| MARCUS JONES, | ) | |
| Defendant. | ) | |

## SUPPLEMENT TO SENTENCING MEMORANDUM

| Sentencing Letters | | |
|---|---|---|
| No. | From | Relationship |
| A | Veronica Powell, in 3 pages | Mother |
| B | Danyetta Walker, in 5 pages | Girlfriend |
| C | Felicia Walker, in 1 page | Girlfriend's Sister |

## CERTIFICATE OF SERVICE

The undersigned, Attorney Paul G. Stracci, hereby certifies that on June 20, 2016, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Paul G. Stracci
Paul G. Stracci, #20388-98
JOHNSON, STRACCI & IVANCEVICH, LLP

5-17-16

My name is Veronica Powell the Mother of Marcus Jones. I am a single Mom who works for Chicago Police Dept as a Crossing Guard for the City and also a Clerk at Kmart Dept Store in Chicago

I am writing this letter from a Mother prespective which is obviously a bit biased to let you know what kind of person my son is, please don't assume that I will be writing glowing things simply because he is my Son. From the time he was a little boy my Son has been a kind and caring person always want to help, he also was quick to give me a hug and say Mom It's OK when things got Tough, he would tell me when I grow up I'll take care of you. I had to make a lot of sacrifice to send him to a private school he went to St Dorothy



1

can take care of his little girl he has custody of, because her mom could no longer take care of her. his daughter has lots of issues since her mom left so she needs her father. When I see him with his daughter I see a caring and good father and a wonderful son. I'm sure you will find him to be everything I've described and more.

As of today Marcus wants to go back to school and raise his daughter

I am Danyetta Chantel Walker, girlfriend of Marcus Jones, and I have been for one year and six months, and the previous year bestfriends. We also have a lot in common we both are Aries, to making the same age, Marcus and I want to own our own businesses with a colaberation of projects, we're active as far as playing sports, Marcus is an intelligent funny guy, and he brings it out of me its to good to be true. We enjoy video games, cooking, play time with his daughters. Marcus I can honestly say he changed my life, I went from dating the worst people to finding everything I've been looking for. I haven't made any bad decisions since November 28, 2014, and that's part of how a prison sentence might change that focus. I'm working in Jewel Osco Bakery

EXHIBIT
B

As a decorating clerk, I don't focus on going out, because its dangerous now and days, I'm also a hairstylist, and Marcus helps promote me when I style him up. Marcus have dreams that can change our community, witch Marcus and I are investing our funds into the children. to become someone else's roll models how we use to have them back in the day, just taking these kids talent and words. and allowing them to be heard. Marcus wants to own a mechanic shop, and help build up me a dance studio, and we have such a great support system behind us. Marcus is really talented when it comes to music making, beats, we still will stand strong, and fight for one

another, I've become close with his parents, daughters, friends, and even his neighbors on his block. Marcus through my eyes have been the best father I have ever seen a man be, he's friendly and welcoming. Like every morning when he get off work and everybody on his block sits on their porch everyone smiling like the sun, and waving, making shoutouts good morning. You can literally walk from porch to porch. When one person barbeque everybody eating, and welcomed to it even at Marcus's house. Even my family is tough to get along with and they love Marcus to death. Sometimes people are brought into your life for a reason, and most of the time that reason is to show you what type of people are out there, for you to choose the path you

choose to walk and she's changing my life every day and I'm blessed to help change his.
 Marcus has been working self-employed as a mechanic since I met him, he's great with computers, stero's, speakers, and hooking t.v radio's up all to your vehicle. For one year more Marcus has been working at Dollar Tree as a stocking crew member, but every other month he has been getting promotion after promotion. Gaining more hours and respect from employees, managers, and store directors. Marcus even recieves awards for employee of the month. When he gets home from work daddy's duties are never done, he plays with his youngest daughter, fix her lunch, do some workbooks with her, watch cartoons with her, until she's down for a nap, and then on to helping his father with

chores around the house his mother request for to be done. if there are leafes on the ground and grass, Marcus racks his neighbors lawn, or snow, he's shoveling in front of his neighbors house whoever is not out there at the time to do their own yard.

As far as I no and what I hear the old heads say about Marcus is that he is a intelligent, handsome, sweet hearted, caring young man and he listens to when his neighbors give him pointers about our relationship, and I see him take it in and let it all out on our basement table, because we deserve happiness and gives it the way I give and recieve back, that's cause I wouldn't trade him for FREEDOM.

To whom this may concern, I am Felicia Walker a homemaker nurse for Adelis Health Care Agency, I've known Marcus Jones for one year, since he has been dating my sister Danyetta. I love the way he loves my sister and he always have been so helpfull when they come to visit me, he help put my pool table together, when my television acts up he knew how to fix it, he's definitely a handyman. I have three teenage boys and they look up to Marcus, they trust the fact they can talk to him about anything. Marcus is a hard working man, because everyday when I talk to my sister she say "Marcus at work" early in the morning to like they say early bird gets the worm, and his daughters is always up under him when I'm on the phone and my sister is good with kids for her not to have her own. Marcus be offering my sons jobs, and I appreciate that he asked me to write this letter for him!

EXHIBIT C