**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>                **Plaintiff,**<br><br>vs.<br><br>**MARCUS JONES**<br><br>                **Defendant.** | **CASE NUMBER: 2:15CR19-002**<br><br>**USM Number: 14054-027**<br><br><br>**PAUL STRACCI AND ALISON L BENJAMIN**<br>**DEFENDANT'S ATTORNEYS** |

## JUDGMENT IN A CRIMINAL CASE

**THE DEFENDANT** pleaded guilty to count 1 of the Indictment on November 10, 2015.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title, Section & Nature of Offense | Date Offense Ended | Count Number(s) |
|---|---|---|
| 18:922(a)(6) KNOWINGLY MAKING A FALSE AND FICTITIOUS WRITTEN STATEMENT TO AN EMPLOYEE OF A LICENSED FIREARMS DEALER | October 1, 2014 | 1 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Counts 2 and 3 of the Indictment are dismissed on the motion of the United States.

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in economic circumstances.

June 22, 2016
Date of Imposition of Judgment

/s/ Rudy Lozano
Signature of Judge

Rudy Lozano, United States District Judge
Name and Title of Judge

June 23, 2016
Date

## PROBATION

The defendant is hereby sentenced to probation for a term of **2 years.**

## MANDATORY CONDITIONS OF SUPERVISION

While on supervision, the defendant shall comply with the following mandatory conditions:

1. Defendant shall not commit another federal, state or local crime.

2. Defendant shall not unlawfully possess controlled substance.

3. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

4. Defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on probation or supervised release and at least 2 periodic drug tests thereafter as determined by the court for use of a controlled substance. This condition may be ameliorated or suspended by the court for any individual defendant if the defendant's presentence report or other reliable sentencing information indicates a low risk of future substance abuse by the defendant.

## DISCRETIONARY CONDITIONS OF SUPERVISION

While on supervision, the defendant shall comply with the following discretionary conditions:

1. Defendant shall not leave this judicial district without permission of the court or probation officer.

2. Defendant shall report to the probation officer in the manner and as frequently as directed by the court or probation officer and shall submit a truthful and complete written report within the first 5 days of each month. This condition does not prevent the defendant from invoking **his** Fifth Amendment privilege against self-incrimination.

3. Defendant shall follow the instructions of the probation officer as they relate to **his** compliance with the conditions of supervision; in addition, the defendant shall answer truthfully any inquiries by the probation officer concerning **his** compliance with the conditions of supervision. This condition does not prevent the defendant from invoking **his** Fifth Amendment privilege against self-incrimination.

4. If financially able to do so, the defendant shall support **his** dependents.

5. Defendant shall work at a lawful occupation, unless excused by the probation officer for schooling, training or other acceptable reasons such as child care, elder care, disability, age, or serious health condition.

6. Defendant shall notify the probation officer at least 10 days before any voluntary change of residence or employer. If defendant is involuntarily terminated from employment or evicted from a residence, **he** must notify the probation officer within 48 hours.

7. Defendant shall refrain from excessive use of alcohol. This includes "binge drinking" and "heavy drinking." "Binge drinking" is defined as a pattern of drinking that brings blood alcohol concentration levels to 0.08 grams per deciliter or higher. "Heavy drinking" is defined as "consuming fifteen drinks or more per week," or any use of alcohol that adversely affects defendant's employment, relationships, or ability to comply with the conditions of supervision, or which results in the violation of any local, state, or federal laws including disorderly intoxication or driving under the influence.

8. Defendant shall not knowingly go to places where controlled substances or illegal mood-altering substances are unlawfully sold, used, distributed or administered.

9. Defendant shall not meet, communicate, or otherwise interact with a person whom **he** knows to be in engaged, or planning to be engaged, in criminal activity.

10. Defendant shall permit a probation officer to visit **him** between the hours of 6:00 a.m. and 11:00 p.m., at home or elsewhere. If defendant is placed on home detention with location monitoring equipment and the monitoring service alerts probation that either the monitoring equipment has malfunctioned or defendant is in noncompliance, home visits may be conducted by the probation officer at any time to ensure that the location monitoring equipment is properly working and that defendant is in compliance with his/her home detention condition.

11. Defendant shall perform 40 hours of community service as approved and directed by the probation officer.

12. Defendant shall not enter into any agreement with the government to act as a confidential informant for a law enforcement agency unless granted permission to do so by a Judicial Officer.

13. Within 72 hours of placement on supervision after release from the custody of the Bureau of Prisons, defendant shall report in person to the nearest supervision unit of the United States Probation Office for this district between the hours of 8:00 a.m. and 4:30 p.m.

14. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| **Total Assessment** | **Total Fine** | **Total Restitution** |
|---|---|---|
| $100.00 | NONE | NONE |

The defendant shall make the special assessment payment payable to Clerk, U.S. District Court, 5400 Federal Plaza, Suite 2300, Hammond, IN 46320. The special assessment payment shall be due immediately.

## FINE

No fine imposed.

## RESTITUTION

No restitution imposed.

Name:<u>MARCUS JONES</u>
Docket No.:<u>2:15CR19-002</u>

# ACKNOWLEDGMENT OF SUPERVISION CONDITIONS

     Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

     I have reviewed the Judgment and Commitment Order in my case and the supervision conditions therein. These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed)

_____   _____
Defendant                                                                              Date


_____   _____
U.S. Probation Officer/Designated Witness                       Date